## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIXTY (60) MONTHS ON COUNT 1; TWENTY-FOUR (24) MONTHS ON EACH OF COUNTS 7, 11, 12, 15, 20, 24, & 29 TO RUN CONCURRENTLY WITH EACH OTHER AND CONSECUTIVELY TO THE TERM IN COUNT 1 FOR A TOTAL OF EIGHTY-FOUR (84) MONTHS.

__ The Court makes the following recommendations to the Bureau of Prisons:
That defendant support his dependents from prison earnings while incarcerated.

X  The defendant is remanded to the custody of the United States Marshal.

__ The defendant shall surrender to the United States Marshal for this district:

  __ at ____ on ___.
  __ as notified by the United States Marshal.

__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  __ before 2 pm on .
  __ as notified by the United States Marshal.
  __ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _11-10-2005_ to _Jose M. Vazquez, Warden_
at _Jesup, GA._, with a certified copy of this Judgment.

11-8-05 Del to FDC TAI
E Cotton S.O.S.

By _____
~~United States Marshal~~
Deputy Marshal

FILED
CHARLOTTE, N. C.

DEC 2 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

# United States District Court
## For The Western District of North Carolina

**PLEASE EXECUTE AND RETURN TO USMS IN ENVELOPE ATTACHED.**

UNITED STATES OF AMERICA

v.

DARRELL L. WITHERSPOON

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 3:04CR190-1-T

USM Number: 19684-058

Noell Tin
Defendant's Attorney

RECEIVED

FILED
STATESVILLE, N.C.

AUG 2 5 2005

U.S. DISTRICT COURT
W. DIST. OF NC

THE DEFENDANT:

X  pleaded guilty to count(s) 1,7,11,12,15,20,24 & 29.
__ Pleaded nolo contendere to count(s) which was accepted by the court.
__ Was found guilty on count(s) after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Counts |
|---|---|---|---|
| 18:371 | Conspiracy to commit offenses against the U. S. including wire fraud | 7/27/04 | 1 |
| 18:1343 & 2 | Wire fraud and aiding and abetting | 1/30/03 | 7 |
| 18:1344 & 2 | Bank fraud and aiding and abetting | 12/10/02 | 11 |
| 18:1956(h) | Money laundering - fraud | 7/27/04 | 12 |
| 18:1956(a)(1)(A)(i) & 2 | Money laundering and aiding and abetting | 3/20/03<br>10/17/03 | 15<br>20 |
| 18:1956(a)(1)(B)(i) & 2 | Money laundering by wire transfer of money and aiding and abetting | 1/31/03 | 24 |
| 18:1957 & 2 | Money laundering & aiding and abetting | 9/6/02 | 29 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

__ The defendant has been found not guilty on count(s) .
__ Count(s) (is)(are) dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

A True Copy, Teste:
Frank G. Johns, Clerk
By: T. Evans
Deputy Clerk

Date of Imposition of Sentence: August 10, 2005

_____
Signature of Judicial Officer

Lacy H. Thornburg
United States District Judge

Date: 8-18-05