UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:04CR190-1-T

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **FINAL ORDER** |
| v. ) | **CONFIRMING FORFEITURE** |
| ) | |
| DARRELL L. WITHERSPOON ) | |

On October 11, 2005, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Counts One, Seven, Eleven, Twelve, Fifteen, Twenty, Twenty-Four, and Twenty-Nine in the bill of indictment.

On October 28, 2005, the United States published in the Mecklenburg Times, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. In addition, the government has served notice on the registered owner of the vehicle listed in the preliminary order by certified mail, return receipt requested. It appears from the record that no such petitions have been filed.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the preliminary order of forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

        A. One 1998 Jeep Cherokee, N.C. license plate #RVM1686, purchased by defendant on or about March 24, 2003, and registered in the name of Edwina Russell; and,

B. The following personal property seized from defendant's residence:

1. Pioneer-Elite 50" Plasma TV
2. Bose Sound System w/ Accessories
3. Pioneer Widescreen Pro 610 HDTV
4. Sony Trinitron 27" TV
5. Panasonic 20" TV/VCR
6. Pioneer-Elite 42" Plasma TV (7114 The Greens)
7. Bose Sound System w/ Accessories (7114 The Greens)
8. Pecan/Walnut Oval Mirror
9. Red Oak Pedestal Table w/ Chairs
10. Weathered Pine Armoire
11. Weathered King Bed Set
12. 1 Pair of Burgundy Beaded Candle Holders
13. 1 Pair of UMC Table Lamps
14. Classic Vintage Leather Sofa
15. Birch Loft Bed w/ Accessories
16. Birch Armoire Entertainment Center
17. Birch Dresser w/ Mirror
18. Classic Vintage Leather Recliner
19. Pecan Cocktail Table w/ 2 End Tables
20. Cherry Dining Table w/ Chairs
21. Cherry Hutch and Buffet
22. 3 Piece Camel Leather Couch w/ Ottoman
23. Pine Trunk and End Table
24. Oak Master Bedroom Bed Set
25. Green Oriental Rug
26. Oak Master Bedroom Armoire
27. Master Bedroom Nightstand
28. $6,000.00 United States Currency
29. Gold Chain
30. Kenneth Cole- Black Watch
31. Jacob & Co. - White Watch
32. CYMA 14K Gold Watch
33. Gold Chain w/ Circular Crossed Hands Pendant
34. 2 Large Gold Rings w/ Clear Stones
35. 2 Non-Matching Stud Earrings

Signed: May 9, 2007

*[signature]*

Lacy H. Thornburg
United States District Judge

3

4